UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,　　　　　　　　　　　　25-cv-7483 (JGK)

　　　　　　Plaintiff,　　　　　　　　　　ORDER

　- against -

GLITTERATY OASIS BAKERY INC. & NEW
NINTH AVENUE CORP

　　　　　　Defendants.

---

JOHN G. KOELTL, District Judge:

　　Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was October 15, 2025. To date, no answer has been filed.

　　The time for the defendant to answer or respond to the complaint is extended to **November 3, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

　　The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **October 24, 2025**.

SO ORDERED.

Dated:　　New York, New York
　　　　　October 20, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge