UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GRACIELA DONCOURSE,

                    Plaintiff(s)

        -against-

GLITTERATY OASIS BAKERY, INC., et al.,
                    Defendant(s).
-------------------------------------------------------------X

25 civ 7483 (JGK)

## ORDER

The conference scheduled for Tuesday, January 6, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      December 22, 2025