UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

Graciela Doncouse,

                    Plaintiff,              25-cv-7483 (JGK)

          - against -                       ORDER

Glitteraty Oasis Bakery Inc. & New
Ninith Avenue Corp.,

                    Defendants.

———————————————————————————

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

March 19, 2026.

SO ORDERED.

Dated:    New York, New York
          March 5, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge