UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

              Plaintiff,

        - against -

GLITTERATY OASIS BAKERY INC., ET
AL.,

              Defendants.

---

25-cv-7483 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The original time for the defendants in this action to answer was October 15, 2025. ECF No. 7. On October 20, 2025, October 28, 2025, December 11, 2025, and then again on February 2, 2026, this Court extended the time for the defendants to answer or respond to the complaint. ECF Nos. 7, 11, 13, 18. To date, no answers have been filed. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **April 3, 2026.**

The plaintiff is directed to serve this order on the defendants by **Tuesday, March 24, 2026,** and to file proof of service on the public docket by **Thursday, March 26, 2026.**

SO ORDERED.

Dated:    New York, New York
        March 19, 2026

                        John G. Koeltl
                United States District Judge