

**MEMO ENDORSED**

## ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 8th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-937-3330 • www.agmblaw.com

May 14, 2026

**VIA ECF**

Hon.  Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*Defendant's request to adjourn the Pre-Settlement Conference scheduled for May 15, 2026, is GRANTED.  The Pre-Settlement Phone Call is hereby adjourned to Friday, May 22, 2026 at 2:00 p.m. The parties shall email Chambers if they are unavailable on the scheduled date. SO ORDERED.*

*Date:   May 15, 2026*

*[signature]*

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

Re:    Graciela Doncouse v.
        Glitteraty Oasis Bakery Inc. et al.
        <u>Case Number: 25-cv-07483</u>

Dear Judge Stein:

        We are attorneys for defendant New Ninth Avenue Corp. in the above-referenced action. This action is currently scheduled for a Pre-Settlement Conference call on May 15, 2026 at 2:00 PM. The primary attorney responsible for this matter who would have appeared on the Pre-Settlement Conference call will be unavailable due to a loss in the family. Accordingly, with the consent of counsel for the plaintiff and co-defendant, we respectfully request that the Pre-Settlement Conference call be adjourned until May 22, 2026 at 2:00 PM, or a date next week that is convenient for the Court. We respectfully request that the Court grant and "So Order" this relief.

                                Respectfully submitted,

                                *William D. Michetti*

                                William D. Michetti

    cc:    All *Counsel via ECF*